# RIVERS LAW FIRM, P.A.
701 BUILDING SUITE 300
701 FOURTH AVENUE SOUTH
MINNEAPOLIS, MN 55415

ATTORNEY:
BRUCE RIVERS
EMAIL: BRUCE@RIVERSLAWYERS.COM
PARALEGAL:
KELLY WILSON
EMAIL: KWILSON@RIVERSLAWYERS.COM

LAW OFFICES
TELEPHONE 612.339.3939
FACSIMILE 612.332.4003
WWW.RIVERSLAWYERS.COM

September 8, 2021

The Honorable Kate M. Menendez
Minneapolis Federal Courthouse
300 South Fourth Street, 8E
Minneapolis, MN 55415

RE: *United States of America vs. Christopher Rajkaran*
Docket No.: 21-CR-142(DSD/KMM)

Dear Magistrate Menendez:

On behalf of Mr. Rajkaran, we will not be submitting Motions with respect to the above-mentioned matter and request that the motions hearing currently scheduled for September 15, 2021 be cancelled.

Please feel free to contact me with any questions or concerns.

Respectfully,

Bruce Rivers

BMR:jls