UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 21-142(3) (DSD/KMM)

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) **GOVERNMENT'S NOTICE OF** |
| | ) **INTENT NOT TO CALL** |
| v. | ) **WITNESSES** |
| SAIED JABERIAN, | ) |
| Defendant. | ) |

The United States of America, by and through its attorneys, W. Anders Folk, Acting United States Attorney for the District of Minnesota, and Joseph H. Thompson and Miranda E. Dugi, Assistant United States Attorneys, and pursuant to Local Rule 12.1(c)(3)(A), hereby submits its notice of intent not to call witnesses at the motions hearing in the above-captioned matter.

Respectfully Submitted,

Dated:  September 8, 2021           W. ANDERS FOLK
                                    United States Attorney

                             /s/ *Joseph H. Thompson*
                        BY:  JOSEPH H. THOMPSON
                             MIRANDA E. DUGI
                             Assistant U.S. Attorneys

1