# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# PLEA HEARING

| | |
|---|---|
| UNITED STATES OF AMERICA, | **COURT MINUTES - CRIMINAL** |
| Plaintiff, | Case No: 21CR142(2)(DSD/KMM) |
| v. | Date: October 7, 2021 |
| | Court Reporter: None - Recorded |
| CHRISTOPHER JAMES RAJKARAN, | Courthouse: Minneapolis |
| | Courtroom: Video Conference |
| Defendant. | Time Commenced: 10:35 a.m. |
| | Time Concluded: 11:30 a.m. |
| | Sealed Hearing Time: |
| | Time in Court: 55 minutes |

Before David S. Doty, United States District Judge, at Minneapolis, Minnesota.

APPEARANCES:

   For Plaintiff:    Miranda E. Dugi, Assistant U.S. Attorney
   For Defendant:  Bruce M. Rivers  ☒ CJA

PROCEEDINGS:

☒ **Change of Plea Hearing**

   ☒ PLEA:

      ☒ Guilty as to Count 1 of the Indictment.
      ☒ Counts 2-15 to be dismissed at sentencing.

   ☒ Defendant advised to pay a special assessment in the amount of $100.00.
   ☒ Presentence Investigation and Report requested.
   ☒ Defendant is in custody.

                                                                                             s/D.O.
                                                                                        Judicial Assistant