```
            UNITED STATES DISTRICT COURT
               DISTRICT OF MINNESOTA
            Criminal No. 21-142 (DSD/KMM)
```

United States of America,

        Plaintiff,

v.                            **ORDER**

Christopher James Rajkaran,

        Defendant.

This matter is before the court upon defendant Christopher James Rajkaran's motion for an in-custody furlough to allow him to attend his grandmother's funeral in New York on December 2, 2012. Rajkaran currently is in custody in the Sherburne County Jail. The court has reviewed the motion and the government's opposition and concludes that a furlough is neither warranted nor feasible at this late date. The court will allow Rajkaran to attend the funeral remotely via Zoom or other means from Sherburne County Jail, as practicable.

Accordingly, **IT IS HEREBY ORDERED that:**

1. The motion for furlough [ECF No. 86] is denied; and

2. The U.S. Marshal's Service and the Sherburne County Jail shall, to the extent feasible, facilitate Rajkaran's remote

attendance of his grandmother's funeral via Zoom or other electronic means.


Dated: December 1, 2021                s/David S. Doty
                                       David S. Doty, Judge
                                       United States District Court