01/10/2022

DEAR SIR/MADAM:

I THE UNDERSIGN HEREBY TENDER THIS AFFIDAVIT OF SUPPORT FOR CHRISTOPHER RAJIKARAN.

TO ESTABLISH THAT HE HAS A RESIDENCE AND HOME TO COME TO IN NEW YORK. HE HAS BEEN RESIDING WITH HIS GRANDMOTHER ( WHO PASSED AWAY FIVE WEEKS AGO) AND ME SINCE HIS SEPERATION FROM MS. PREYA NARIAN IN 2018, AND THAT HE HAS A RESIDENCE AND HOME TO COME TO UPON HIS RELEASE.
THE ADDRESS:
87 37 96TH ST
WOODHAVEN NY 11421

OUR HOME TELEPHONE NUMBER:
347 238 1552
MY DIRECT PHONE NUMBER:
347 429 1705
MY EMAIL:
PSAMMI0610@GMAIL.COM

THANKING YOU FOR CONSIDERATION AND COOPERATION IN THIS MATTER.

YOURS TRULY
PAULINE SAMMI
87 37 96TH ST
WOODHAVEN
NY 11421