From: Shananda habib -Rajkaran
2240 La Parfait Harmonie,
West Bank Demerara,
Georgetown, Guyana.
+592-627-3434 / +592-686-3330
Shanarajkaran29@gmail.com


To: The Honorable Judge

Dear your Honor,

My name is Shananda Habib -Rajkaran, I'm writing this letter in support of my husband Christopher Rajkaran who is incarcerated at SHERBURNE COUNTY CORRECTION FACILITY in Minnesota. I currently live in Guyana, South America with our (14) fourteen month old daughter Rylee Rajkaran. I'm a homemaker, my husband is the sole provider for myself and the baby. I'm unable to work as i have no one to take care of the baby. I'm starting to lose hope, weeks and days goes by not knowing of when my husband is going to be home and I'll have to raise our daughter alone. Your Honor i ask you to please find it in your heart to let my husband come home so he can provide a better life for us. I would really appreciate your consideration.


Thank you.


Your sincerely,
Shananda Habib -Rajkaran.