UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 21-142 DSD/HB

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>CHRISTOPHER RAJKARAN,<br><br>　　　　　　Defendant. | **ORDER FOR APPOINTMENT<br>OF COUNSEL** |

The Court has determined that the defendant in the above matter is financially unable to employ counsel and finds that it is in the interest of justice that counsel be assigned.

IT IS HEREBY ORDERED that Bruce Rivers, Attorney ID 282698, a member of the CJA Conflicts Panel for the District of Minnesota is appointed under 18 U.S.C. § 3006A.

Dated: February 24, 2022　　　　　　　　s/David S. Doty
　　　　　　　　　　　　　　　　　　　　David S. Doty, Judge
　　　　　　　　　　　　　　　　　　　　United States District Court