UNITED STATES
DISTRICT OF MINNESOTA
Criminal No. 21-CR-142 (DSD/HB)

UNITED STATES OF AMERICA,

    Plaintiff,

v.

Christopher James Rajkaran,

    Defendant.

**MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT CHRISTOPHER JAMES RAJKARAN**

    Bruce Rivers hereby moves to withdraw as counsel for Defendant in this matter pursuant to Local Rule 83.7(c) for good cause as demonstrated below:

    1.    I was assigned by the Federal Defender's Office to represent Mr. Rajkaran in his criminal matter. Since the final judgment of his criminal matter, Mr. Rajkaran has filed a Notice of Appeal in the Eighth Circuit Court of Appeals, claiming ineffective assistance of counsel. As his attorney in his District Court matter, it would be a conflict to represent him in his appeal while he is claiming I was ineffective as his counsel. Furthermore, in his Notice of Appeal, Mr. Rajkaran has expressed he does not want me added to his appellate matter as counsel.

    The undersigned has notified Mr. Rajkaran of this motion by sending a copy to him at Sherburne County Jail, where he is serving his sentence.

    The undersigned has and will protect Mr. Rajkaran's interests as required by Minnesota Rules of Professional Conduct §1.16.

Dated: March 3, 2022

Respectfully submitted,

Bruce Rivers, I.D. #282698
Attorney for Defendant
Rivers Law Firm, P.A.
701 Fourth Ave South, Suite 300
Minneapolis, MN 55415
Telephone:    (612) 339-3939
Email:    riverslawyers@aol.com