UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CRIMINAL NO.: 21-142(2) (DSD/HB)

---------------------------------

UNITED STATES OF AMERICA,

        PLAINTIFF,

vs.

CHRISTOPHER JAMES RAJKARAN,

        DEFENDANT.

**ORDER GRANTING MOTION TO WITHDRAW**

---------------------------------

## ORDER

**IT IS HEREBY ORDERED**, that the First Motion for Withdrawal as Counsel is GRANTED.

Dated: March 8, 2022

    s/David S. Doty
    David S. Doty, Judge
    United States District Court