# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 22-1431

_____

United States of America

Plaintiff - Appellee

v.

Christopher James Rajkaran

Defendant - Appellant

------

Appeal from U.S. District Court for the District of Minnesota
(0:21-cr-00142-DSD-2)

------

**JUDGMENT**

Before LOKEN, COLLOTON, and KOBES, Circuit Judges.

The motion of appellee for dismissal of this appeal is granted. The appeal is hereby dismissed. See Eighth Circuit Rule 47A(b).

April 06, 2022

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans