Prob 12 (Rev. 11/1/2004)

# United States District Court

for the

DISTRICT OF MINNESOTA

United States v. Christopher James Rajkaran

Docket No. 0864 0:21CR00142-002(DSD)

**Petition on Supervised Release**

      COMES NOW **Brian S. James**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Christopher James Rajkaran** who was sentenced for Conspiracy to Commit Securities Fraud on January 27, 2022, by the Honorable David S. Doty, who fixed the period of supervision at 2 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Substance abuse testing
- Employment required
- Financial disclosure
- Prohibited from purchasing, trading, or selling stocks

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

      STANDARD CONDITION: You must live at a place approved by the probation officer.

The defendant has refused to provide a proposed release address in the District of Minnesota, or sign a hearing waiver so that he could live at a halfway house under public law.  It is anticipated that he will release from the Bureau of Prisons with no address, and immediately be in violation.

PRAYING THAT THE COURT WILL ORDER that a summons be issued and the defendant be brought before the Court to show cause why supervision should not be revoked.

ORDER OF THE COURT

Considered and ordered this 17th day of October, 2022, and ordered filed and made a part of the records in the above case.

s/David S. Doty

Honorable David S. Doty
Senior U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

s/ Brian James
Brian S. James
Senior U.S. Probation Officer
Telephone: 612-664-5364

Executed on   October 14, 2022
Place   Minneapolis

Approved:

s/ Odell Wilson III
Odell Wilson III
Supervising U.S. Probation Officer