Prob 12 (Rev. 11/1/2004)

# United States District Court

for the

DISTRICT OF MINNESOTA

United States v. Christopher James Rajkaran

Docket No. 0864 0:21CR00142-002(DSD)

AMENDED Petition on Supervised Release

COMES NOW **Brian S. James**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Christopher James Rajkaran** who was sentenced for Conspiracy to Commit Securities Fraud on January 27, 2022, by the Honorable David S. Doty, who fixed the period of supervision at 2 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Chemical/Drug testing
- Employment
- Financial disclosure
- Prohibited from purchasing, trading, or selling stock

November 10, 2022 – A summons was issued for the defendant to appear on this date, as a result of failing to provide an approved residence. Hearing was subsequently canceled after the defendant provided an approved residence.

December 19, 2022 – A report was filed with the Court deferring action in regarding to an alleged pending violation. The defendant was arrested on November 26, 2022, and subsequently charged with Gross Misdemeanor DWI – Refusal, Misdemeanor Careless Driving and Misdemeanor Failure to Drive in a Single Lane. This case remains pending.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

> The defendant is seeking to transfer supervision to the Northern District of New York. The Northern District of New York has expressed they will accept courtesy supervision of this matter if the defendant agrees to add the below conditions. The defendant has signed a hearing waiver agreeing to add the following conditions.
>
> **On April 25, 2023, the original modification was signed by Your Honor. An error in the language of one conditions as highlighted below in bold has caused complications which this amended report is seeking to correct.**

PRAYING THAT THE COURT WILL ORDER that conditions of supervision be modified to include the following:

> You shall not incur new credit charges or open additional lines of credit without the approval of the probation officer unless you are in compliance with the payment schedule.

You shall apply all monies you receive from any income tax refunds, lottery winnings, judgments, and/or any other anticipated or unexpected financial gains to the outstanding court-ordered financial obligation. You must provide the probation officer with access to any requested financial information.

You shall not have direct contact with any child you know or reasonably should know to be under the age of 18, **not including your own children**, without the permission of the probation officer. If you do have any direct contact with any child you know or reasonably should know to be under the age of 18, not including your own children, without the permission of the probation officer, you shall report this contact to the probation officer within 24 hours. Direct contact includes written communication, electronic communication, in-person communication, or physical contact. Direct contact does not include incidental contact during ordinary daily activities in public places.

You shall not go to, or remain at, any place where you know children under the age of 18 are likely to congregate, including parks, schools, playgrounds, and childcare facilities without the permission of the probation officer. You shall not go to, or remain at, a place for the primary purpose of observing or contacting children under the age of 18.

You shall undergo a psychosexual evaluation and, if recommended by the evaluator, you shall participate in a mental health treatment program, which may include, but will not be limited to, participation in a sex offense-specific treatment program. The probation office shall approve the location, frequency, and duration of treatment. You shall abide by the rules of the program. You shall contribute to the cost of any evaluation, testing, treatment and/or monitoring services rendered in an amount to be determined by the probation officer based on your ability to pay and the availability of third-party payments.

Your supervision may include examinations using a polygraph, computerized voice stress analyzer, or other similar device to obtain information necessary for supervision, case monitoring, and treatment. You shall answer the questions posed during the examination, subject to your right to challenge in a court of law the use of such statements as violations of your Fifth Amendment rights. In this regard, you shall be deemed to have not waived your Fifth Amendment rights. The results of any examinations shall be disclosed to the U.S. Probation Office and the Court but shall not be further disclosed without the approval of the Court.

You shall participate in a program for substance abuse which shall include testing for use of controlled substances, controlled substance analogues, and alcohol. This may include outpatient treatment as recommended by the treatment provider based upon your risk and needs. You may also be required to participate in inpatient treatment upon recommendation of the treatment provider and upon approval of the Court. The probation office shall approve the location, frequency, and duration of outpatient treatment. You shall abide by the rules of any treatment program which may include abstaining from the use of any alcohol. You shall contribute to the cost of any evaluation and/or treatment in an amount to be determined by the probation officer based on your ability to pay and the availability of third-party payments. Based upon your history of substance abuse, and for the purpose of effective substance abuse treatment programming, you shall refrain from

the use of alcohol and be subject to alcohol testing and treatment while under supervision.

You shall not enter, remain in, or patronize any establishment whose business or purpose is the provision or sale of alcoholic beverages for on-site consumption, including, but not limited to bars, taverns, lounges, and nightclubs. This prohibition applies to the bar section of any restaurant.

You must submit your person, and any property, house, residence, vehicle, papers, effects, computer, electronic communications devices, and any data storage devices or media, to search at any time, with or without a warrant, by any federal probation officer, or any other law enforcement officer from whom the Probation Office has requested assistance, with reasonable suspicion concerning a violation of a condition of probation or supervised release or unlawful conduct by you. Any items seized may be removed to the Probation Office or to the office of their designee for a more thorough examination.

|  |  |
|---|---|
| ORDER OF THE COURT | I declare under penalty of perjury that the foregoing is true and correct. |
| Considered and ordered this 5th day of June, 2023, and ordered filed and made a part of the records in the above case. | s/ Brian James<br>Brian S. James<br>Senior U.S. Probation Officer<br>Telephone: 612-664-5364 |
| s/David S. Doty<br>Honorable David S. Doty<br>Senior U.S. District Judge | Executed on   June 5, 2023<br>Place         Minneapolis<br><br>Approved:<br><br>s/ Odell Wilson III<br>Odell Wilson III<br>Supervising U.S. Probation Officer |