UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

**ORDER**

United States of America,

Plaintiff,

v.

**Christopher James Rajkaran**

Defendant.

Docket No.: 08640:21CR00142-002 - (DSD)

On the 19th day of October, 2023, Christopher J Rajkaran appeared before the Honorable Doug L. Micko., Magistrate Judge, for a Detention Hearing hearing.

IT IS HEREBY ORDERED that the defendant be released under the same terms and conditions previously imposed on supervised release. In addition, the following condition(s) of release are imposed:

- Maintain residence at a halfway house or community corrections center, as the U.S. Probation and Pretrial Services Office or supervising officer considers necessary, and observe the rules and regulations of that facility.

- Remain at his residence during prescribed times in accordance with one of the three program components.

    Home Detention: You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; Court appearances; Court-ordered obligations; or other activities preapproved by the U.S. Probation and Pretrial Services Office or supervising officer.

Signed and executed this 19th day of October, 2023.

Honorable Doug L. Micko
Magistrate Judge