```
                UNITED STATES DISTRICT COURT
                    DISTRICT OF MINNESOTA
                 Criminal No. 21-142 (DSD/KMM)
```

United States of America,

        Plaintiff,

v.                                                  **ORDER**

Christopher James Rajkaran,

        Defendant.

    This matter is before the court upon defendant's motion for a temporary furlough to travel to New York until November 24, 2023. The government does not oppose the motion, but the probation officer does object, citing safety and logistical concerns. The court agrees with the probation officer's position and therefore must deny the motion.

    Accordingly, **IT IS HEREBY ORDERED** that the motion for furlough [ECF No. 266] is denied.

Dated:  November 16, 2023        s/David S. Doty
                                               David S. Doty, Judge
                                               United States District Court